# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: J.P. Morgan Securities LLC v. Alan C. Feutz

Case Number: 1:26 cv 08322

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff J.P. Morgan Securities LLC

Attorney name (type or print): Anneliese Wermuth

Firm: Cozen O'Connor

Street address: 123 N. Wacker Drive, Suite 1800

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6270970
(See item 3 in instructions)

Telephone Number: 312 474 7876

Email Address: awermuth@cozen.com

Are you acting as lead counsel in this case? ☑Yes ☐No

Are you a member of the court's general bar? ☑Yes ☐No

Are you a member of the court's trial bar? ☑Yes ☐No

Are you appearing *pro hac vice*? ☐Yes ☑No

If this case reaches trial, will you act as the trial attorney? ☑Yes ☐No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 15, 2026

Attorney signature: S/ Anneliese Wermuth
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023